

# JUDGMENT

## Court of Appeals
## First District of Texas

NO. 01-12-00264-CV

ETC MARKETING, LTD., Appellant

V.

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

Appeal from the 127th District Court of Harris County.  (Tr. Ct. No. 2010-71360).

This Court today considered a motion for en banc reconsideration filed by appellant ETC Marketing, Ltd.  We order that this Court's former judgment of January 13, 2015 be vacated, set aside, and annulled.  We further order this Court's opinion of January 13, 2015 withdrawn. Accordingly, the motion for en banc reconsideration is moot.

This case is an appeal from the final judgment signed by the trial court on February 29, 2012.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, ETC Marketing, Ltd., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 5, 2015.

Panel consists of Justices Keyes, Higley, and Massengale. Opinion delivered by Justice Massengale.